**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID PRIESTER,**

    Petitioner,

v.                                                Case No.  4:20cv176-MW/MAF

**MARK INCH, Secretary,
Florida Department of Corrections,
et al.,**

    Respondents.
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of

Florida, Orlando Division, for all further proceedings. The Clerk shall also close the file.

**SO ORDERED on May 12, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**